Jerseyville Motor Company, appellant, v. Jerseyville Nursery, appellee. Gen. No. 7,815.

Assumpsit to recover value of motor truck. Judgment for defendant. Appeal from the Circuit Court of Jersey county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925.

Hamilton & Cross, for appellant. Chapman & Du Hadway, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Frank Whittington, appellee, v. J. E. Myers, appellant. Gen. No. 7,820.

Bill to enjoin contamination of streams. Decree for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925.

Ward & Pugh, for appellant. T. E. Ames and George D. Chafee, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

State Trust & Savings Bank, appellee, v. W. N. Van Matre, Jr., and T. M. Ellis, Jr., appellants. Gen. No. 7,773.

Motion to vacate a judgment by confession. Denied. Appeal from the City Court of Mattoon; the Hon. Isaac B. Craig, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925.

Emery Andrews and Raymond G. Real, for appellants; Fisher, North, Linscott & Gibboney, of counsel. Bryan H. Tivnen, for appellee; Thomas R. Figenbaum and Carus S. Icenogle, of counsel.

Mr. Justice Crow delivered the opinion of the court.

---

J. A. Morton, appellee, v. Phillipo DiCenso and Theresa DiCenso, appellants. Charles G. Wineteer, appellee. Gen. No. 7,797.

Suit to foreclose mortgage. Decree for defendant and cross-complainant. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925.

Robert H. Patton, for appellants. Edward F. Irwin, Adolph F. Bernard and Clayton J. Barber, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

James A. Skillman and Cleon F. Skillman, appellants, v. Modern Woodmen of America, appellee. Gen. No. 7,807.

Suit by beneficiaries under fraternal benefit certificate. Judgment for defendant. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 6, 1925.

D. D. Donohue, for appellants. Truman Plantz, Geo. H. Davis and W. W. Whitmore, for appellee.

Mr. Justice Crow delivered the opinion of the court.